Michael A. Barcott
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC, AS OWNER AND/OR OPERATOR OF THE VESSEL ALAGANIK, OFFICIAL NUMBER 567877, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>Case No. |

**LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**

COME NOW, Limitation Plaintiff Alaganik LLC ("Limitation Plaintiff"), by and through its attorneys, Holmes Weddle & Barcott, and hereby allege and aver as follows:

1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

2. Venue is proper pursuant to Rule F(9) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

3. Not more than six months have elapsed since the receipt by Limitation Plaintiff of any written notice of any claim arising out of the occurrence or voyage in question.

LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY
*IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC*
Case No. _____ - Page 1 of 7

Case 3:19-cv-00279-TMB   Document 1   Filed 10/25/19   Page 1 of 7

4. Alaganik LLC is an Alaska limited liability corporation, with its principal place of business in Cordova, Alaska.

5. Limitation Plaintiff is the owner and/or operator of the fishing vessel ALAGANIK, official number 567877, (hereinafter the "Vessel"). The Vessel is approximately 99.0 feet in length (registered).

6. Alaganik LLC is the sole owner, manager and operator of the Vessel and by virtue of its ownership interest, and dominion and control over the Vessel, is an "owner" of the Vessel as the term is applied under the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq*.

7. Limitation Plaintiff has at all material times exercised due diligence to make the Vessel seaworthy in all respects, and she was at all times herein described staunch, tight and strong, fully and properly manned, equipped, supplied and navigated, and was in all respects seaworthy and fit for the service in which she engaged.

8. On July 7, 2019, the Vessel burned and sank in waters of Prince William Sound, near Whittier, Alaska.

9. There was no freight pending at the time the Vessel sank.

10. Limitation Plaintiff was without privity or knowledge of any acts of negligence or unseaworthiness that may have caused or contributed to the casualty.

11. Limitation Plaintiff was without privity or knowledge of any unseaworthiness preexisting the voyage.

112. The sinking and all consequent damages were not caused or contributed to

by any fault or negligence on the part of Limitation Plaintiff.

13. Limitation Plaintiff is not aware of any claims currently pending against them in any court of which they have received notice.

14. Limitation Plaintiff is not aware of any unsatisfied liens or claims of lien, in contract or tort or otherwise, arising on the aforementioned voyage.

15. The amount of all demands arising on that voyage is presently unknown to Limitation Plaintiff.

16. The Limitation of Liability Act, specifically 46 U.S.C. § 30505, provides:

> (a) In general.— [T]he liability of the owner of a vessel for any claim, debt, or liability described in subsection (b) shall not exceed the value of the vessel and pending freight. If the vessel has more than one owner, the proportionate share of the liability of any one owner shall not exceed that owner's proportionate interest in the vessel and pending freight.
>
> (b) Claims subject to limitation.— Unless otherwise excluded by law, claims, debts, and liabilities subject to limitation under subsection (a) are those arising from any embezzlement, loss, or destruction of any property, goods, or merchandise shipped or put on board the vessel, any loss, damage, or injury by collision, or any act, matter, or thing, loss, damage, or forfeiture, done, occasioned, or incurred, without the privity or knowledge of the owner.

17. Limitation Plaintiff desires to invoke the benefits of exoneration from and limitation of liability, as provided by 46 U.S.C. § 30501 *et seq.,* and in the same proceeding contest their liability and the liability of the Vessel for any loss or damage arising out of the aforesaid voyage.

**LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**
*IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC*
Case No. _____ - Page 3 of 7
Case 3:19-cv-00279-TMB   Document 1   Filed 10/25/19   Page 3 of 7

18. Limitation Plaintiff further desires that an injunction be issued by the Court restraining the prosecution of any and all suits or claims which have been, may have been, or may hereafter be made against them in any Court whatsoever to recover damages from any and all losses or damages occasioned by or incurred by, or in any way resulting from, the aforesaid fire and sinking or in any way consequent upon or otherwise arising out of the voyage in question, and restraining the commencement or prosecution thereafter of any suit, action or legal proceeding against Limitation Plaintiff, its agents, servants or employees, in respect of any claim or claims arising out of the aforesaid event or in any way resulting therefrom or consequent thereupon or otherwise arising out of the voyage on which the Vessel was then engaged.

19. Limitation Plaintiff is advised that the fair market value of the vessel on July 7, 2019, after the occurrences in question and at the conclusion of the voyage, was zero. No freight was pending. Accordingly, Limitation Plaintiff does not offer a stipulation for value.

20. Limitation Plaintiff stipulates not to post security representing the value of the vessel.

21. Simultaneous with the filing of this Complaint for Exoneration from and/or Limitation of Liability, Limitation Plaintiff will post security for costs.

WHEREFORE, Limitation Plaintiff prays:

1. That this Court issue an injunction restraining the prosecution of any and all suits, actions or legal proceedings which have been, may have been or may hereafter

**LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**
*IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC*
Case No. _____ - Page 4 of 7

Case 3:19-cv-00279-TMB   Document 1   Filed 10/25/19   Page 4 of 7

be made against Limitation Plaintiff, its agents, servants or employees, in any Court whatsoever to recover damages for any and all losses or damages occasioned by or incurred by, or in any way resulting from, the aforesaid fire and sinking or in any way consequent upon or otherwise arising out of the voyage in question, and restraining the commencement or prosecution thereafter of any suit, action or legal proceeding against Limitation Plaintiff, its agents, servants or employees, in respect of any claim or claims arising out of the aforesaid sinking or in any way resulting therefrom or consequent thereupon or otherwise arising out of the voyage on which the Vessel was then engaged, or otherwise subject to limitation in these proceedings, except in the instant proceeding in respect of any claims arising out of the aforesaid voyage;

2. That this Court adjudge that Limitation Plaintiff is not liable to any extent for any loss or damage or for any claims whatsoever in any way arising out of or in consequence of the aforesaid fire and sinking or voyage;

3. If Limitation Plaintiff shall be judged liable, then Limitation Plaintiff's liability be limited to zero in damages, and that a decree be entered discharging Limitation Plaintiff from any and all further liability;

4. That this Court enter an order directing the issuance of a notice against all persons or other legal entities claiming damages for any and all losses or damages occasioned or incurred by or in any way resulting from the aforesaid fire and sinking or in any way consequent thereupon or otherwise arising out of the voyage on which the Vessel was engaged, or otherwise asserting any claim with respect to which Limitation

**LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**
*IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC*
Case No. _____ - Page 5 of 7

Case 3:19-cv-00279-TMB   Document 1   Filed 10/25/19   Page 5 of 7

Plaintiff seeks exoneration from or limitation of liability herein, admonishing them to appear and file their respective claims with the Clerk of this Court, and to serve on or mail copies thereof to the attorneys for Limitation Plaintiff, herein named, on or before the date to be specified in said notice, and to make due proof of their respective claims, and further to file their respective answer, if any, to the allegations of the Complaint on or before the date to be specified in said notice, all as provided by law and by the Federal Rules of Civil Procedure, particularly, but not exclusively, Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims;

5. That this Court enter an order directing that said notice be published in a newspaper, as specified in the notice, once a week for at least four (4) consecutive weeks until the return day specified in the notice, and that the first publication of the notice be at least thirty (30) days before said return day, and that a copy of said notice be served on the respective attorneys for all persons or other legal entities who have filed or begun suits for damage, loss or destruction or arising out of or related to the aforesaid sinking, together with a copy of the order directing the issuance of the notice;

6. That this Court enter an order stating that Limitation Plaintiff has complied with Rule F(1), which requires the posting of security for value of the vessel and for costs, and have complied with Rule F(2), which requires a complaint for exoneration and/or limitation to contain certain information; and

7. That Limitation Plaintiff be awarded such other and further relief as the Court may deem just and proper.

**LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**
*IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC*
Case No. _____ - Page 6 of 7

DATED this 24th day of October, 2019.

HOLMES WEDDLE & BARCOTT, P.C.

_____
Michael A. Barcott, ABA #7705005
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
Attorney for Limitation Plaintiff

LIMITATION PLAINTIFF'S COMPLAINT FOR EXONERATION FROM AND/OR
LIMITATION OF LIABILITY
*IN THE MATTER OF THE COMPLAINT OF ALAGANIK LLC*
Case No. _____ - Page 7 of 7